THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY KIRKWOOD, on behalf of himself and others similarly situated,<br><br>                  Plaintiff,<br>      v.<br><br>NOBLE FOOD GROUP, INC., *et al.*,<br><br>                  Defendants. | CASE NO. C18-0360-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion to approve the form of notice of a collective action and stay litigation pending mediation (Dkt. No. 12). Having thoroughly considered the parties' briefing and the relevant record, and finding good cause, the Court GRANTS the motion. The Court hereby ORDERS as follows:

1. The case is conditionally certified as a collective action pursuant to 29 U.S.C. § 216(b).

2. The parties' proposed Notice of Collective Action Lawsuit (Dkt. No. 12-1 at 2–5) is APPROVED. The notice SHALL be sent to all current and former delivery drivers employed by Defendants within the three years preceding the date of this order.

3. This proceeding and all pleadings (including Defendants' deadline to respond to the Complaint and forthcoming Amended Complaint) are STAYED for 180 days. The Clerk is DIRECTED to statistically close this case for the duration of the stay.

1.    4. The status conference scheduled for July 31, 2018 (Dkt. No. 9) is VACATED.

2.    5. All further stipulations and agreements between the parties as set forth in the stipulated motion (Dkt. No. 12) are APPROVED. The parties are ORDERED to adhere to these stipulations and agreements, subject to further order of the Court.

DATED this 4th day of May 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE