THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY KIRKWOOD, on behalf of himself and others similarly situated, | CASE NO. C18-0360-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| NOBLE FOOD GROUP, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the stay and to extend the deadline for Defendants to respond to Plaintiffs' amended complaint (Dkt. No. 77). Finding good cause, the Court GRANTS the motion. The stay is extended until November 14, 2018 and Defendants' response to Plaintiffs' amended complaint is due no later than November 24, 2018.

DATED this 1st day of November 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk