THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY KIRKWOOD, on behalf of himself and others similarly situated, | CASE NO. C18-0360-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| NOBLE FOOD GROUP, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the stay deadline and notice of settlement (Dkt. No. 79). In order to finalize a formal written settlement agreement and to submit a motion to approve the settlement, the stay is EXTENDED until November 28, 2018.

DATED this 15th day of November 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0360-JCC
PAGE - 1