THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GARY KIRKWOOD,<br><br>    Plaintiff,<br>  v.<br><br>NOBLE FOOD GROUP, INC.,<br><br>    Defendants. | CASE NO. C18-0360-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the stay deadline. In order to provide opt-in Plaintiffs with the opportunity to review the settlement and give any objections, the stay is EXTENDED until December 28, 2018. The deadline for Defendants to file their answer to the amended complaint is January 7, 2019.

DATED this 29th day of November 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0360-JCC
PAGE - 1