UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY KIRKWOOD, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>NOBLE FOOD GROUP, INC., *et al.*,<br><br>Defendants. | CASE NO. C18-0360-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the stay (Dkt. No. 83). In order to allow the parties to finalize their settlement, the stay is EXTENDED to January 11, 2019. The deadline for Defendants to file their answer to the amended complaint is January 16, 2019.

DATED this 2nd day of January 2019.

                                          William M. McCool
                                          Clerk of Court

                                          s/Tomas Hernandez
                                          Deputy Clerk